1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 NORTHERN CALIFORNIA-NORTHERN         )  CASE NO.:  C05 00134 PVT
   NEVADA SOUND AND COMMUNICATIONS)
11 EMPLOYEE BENEFIT TRUST FUNDS;        )  CASE MANAGEMENT
   DOUG LUNG AND BOB TRAGNI AS          )  CONFERENCE STATEMENT
12 TRUSTEES OF THE NORTHERN             )  AND XXPROPOSEDXX ORDER
   CALIFORNIA-NORTHERN NEVADA           )  CONTINUING CMC
13 SOUND AND COMMUNICATIONS             )  Date:    August 9, 2005
   DISTRICT NO. 9 HEALTH AND WELFARE    )  Time:    2:00 PM
14 TRUST FUND,                          )  Place:   Ctrm 5, 4th Floor
                                        )
15                                      )
                Plaintiffs,             )
16                                      )
   vs.                                  )
17                                      )
   SIGNAWEST SYSTEMS, INC., a           )
18 California Corporation,              )
                                        )
19                                      )
                Defendants.             )
20 _____  )

21     Defendant agreed upon a payment schedule with Plaintiffs prior to service of the lawsuit.
22 Defendant has failed to comply with the payment schedule. The summons and complaint is now
23 out for service.
24     Plaintiffs request that the case be continued until October 25, 2005, for another Case
25 / / /
26 / / /
27 / / /
28 / / /

                                        1

CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER

1 | Management Conference

Respectfully submitted,

Dated: July 26, 2005

*[signature]*
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to October 25, 2005, at 2:00 PM., in Courtroom 8. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: July 27, 2005

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER